THE NOSTRO CORPORATION, Respondent, v. CECIL B. WEINGARTEN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.